# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1031
Lower Tribunal No. 2016-DR-004564

_____

WANESSA SAMPAIO DE BARROS,

Appellant,

v.

MONTASR MAHMOUD,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County. LaShawnda K. Jackson, Judge.

December 19, 2025

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").

NARDELLA, MIZE and BROWNLEE, JJ., concur.

Flavio E. Alvarez, Kissimmee, for Appellant.

Montasr Mahmoud, Orlando, pro se.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED